UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 25-7094-MWF(MARx)**   Date: August 7, 2025

Title   ***Maria Elizabeth Lopez v. General Motors, LLC, et al.***

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 31, 2025, Defendant General Motors, LLC ("GM") removed this action from the Superior Court of California, County of Los Angeles. (Notice of Removal ("NoR"), Docket No. 1). The title page of the NoR is *Maria Elizabeth Lopez v. General Motors LLC, et al.*, Case No. CV 25-7094-MWF(MARx). The NoR states that case being removed is pending in the Superior Court of California, County of Los Angeles, as Case No. 25STCV07731, filed on March 18, 2025. Defendant states that its Answer to Complaint was filed in the state action on May 6, 2025.

The Court has reviewed the exhibits to the NoR. The Notice of Service of Process, Summons, Complaint, and Answer are in a different case, *Ying Chun Lee v. General Motors LLC, et al.*, Case No. 25ST07838. (Docket Nos. 1-1 and 1-2).

Defendant is now **ORDERED TO SHOW CAUSE** (the "OSC") why this action should not be remanded to the superior court. The Court will accept the lodging of the documents that should have been attached to the NoR, or notice that Defendant removed the wrong case. Defendant's response to this OSC shall be filed no later than **AUGUST 11, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 25-7094-MWF(MARx)**                                                Date:  August 7, 2025

Title        ***Maria Elizabeth Lopez v. General Motors, LLC, et al.***

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to timely respond to the Order to Show Cause will result this action being remanded to the superior court.

     IT IS SO ORDERED.